# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

162390

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                      SC: 162390
                                      COA: 352444
                                      Oakland CC: 2019-271470-FH

ALEXAN ARMEN KORKIGIAN,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 29, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021
a0616



Clerk